# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HAROLD HOLMES, )<br>                     Plaintiff, )<br>                                              )<br>vs.                                      )<br>                                              )<br>UNITED STATES OF AMERICA, )<br>                     Defendant. )<br>_____/ | 2:11-cv-00589-KJD-LRL<br><br>**ORDER** |

    Plaintiff has submitted a *pro se* civil rights complaint. Plaintiff has failed to either pay the filing fee or submit an application to proceed *in forma pauperis* on the required form. *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2. Accordingly, plaintiff's action is dismissed without prejudice. If plaintiff wishes to pursue this matter, he should file a new action, with a new case number, along with either the $350 filing fee or a completed application to proceed *in forma pauperis* on the court-approved form. The application must be accompanied by all required financial documentation, as described in the instructions for use of the form.

    **IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice.

    **IT IS FURTHER ORDERED** that the Clerk **SHALL SEND** plaintiff the approved forms for

1  filing a civil rights lawsuits under 42 U.S.C. §1983, an Application to Proceed *In Forma Pauperis* by
2  a prisoner, as well as the document "Information and Instructions for Filing a Motion to Proceed *In*
3  *Forma Pauperis*."

4  **IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this
5  case.

6  DATED: May 26, 2011

_____
UNITED STATES DISTRICT JUDGE

2